UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREG HINSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING INFOSYSTEMS INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 1:24-CV-00677<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff Greg Hinsley and Defendant Sterling Infosystems Inc., through undersigned counsel, hereby notify the Court that the parties have reached an agreement to settle Plaintiff's claims. Each party will bear its own fees and costs. The parties anticipate all aspects of settlement will be finalized within sixty (60) days of the filing of this Notice. At such time Plaintiff will file a Notice of Dismissal with Prejudice.

Respectfully submitted,

Date: October 21, 2024

ATTORNEYS FOR PLAINTIFF:

By: /s/ Jeffrey Sand
Jeffrey B. Sand
WEINER & SAND LLC
800 Battery Ave. SE, Suite 100
Atlanta, Georgia 30339
T: 404.205.5029
F: 866.800.1482
E: js@wsjustice.com

ATTORNEYS FOR DEFENDANT:

By:   /s/ Robert T. Szyba
Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, New York 10018
T: (212) 218-5500
F: (212) 218-5526
E: rszyba@seyfarth.com

1

Adam G. Singer
LAW OFFICE OF ADAM G. SINGER, PLLC
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
asinger@adamsingerlaw.com
212-842-2428

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Robert T. Szyba

Counsel for Defendant

\