UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREG HINSLEY,

                    Plaintiff,

-v-                                    CIVIL ACTION NO. 24 Civ. 677 (ALC) (SLC)

STERLING INFOSYSTEMS, INC.,              **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' notice that they have reached a settlement in principle (ECF No. 17), the telephone conference scheduled for **Tuesday, October 22, 2024 at 3:00 p.m.** is CANCELLED. By no later than Friday, December 20, 2024, the parties shall file a stipulation of dismissal for the attention of the Honorable Andrew L. Carter Jr.

Dated:     New York, New York
           October 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**